UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00130-MOC

| | | |
|---|---|---|
| **GARRISON LITIGATION MANAGEMENT GROUP, LTD., et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| **PETER A KRAUS, et al.,** | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Sara W. Higgins' Motions for Admission Pro Hac Vice of Stephen D. Sussman (#8), Vineet Bhatia (#9), and Ashley McMillian (#10). Having considered Sara W. Higgins' motions and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Sara W. Higgins' Motions for Admission Pro Hac Vice of Stephen D. Sussman (#8), Vineet Bhatia (#9), and Ashley McMillian (#10) are **GRANTED**, and such attorneys are admitted to practice pro hac vice Ms. Higgins in this particular case.

Signed: April 7, 2014

Max O. Cogburn Jr.
United States District Judge