UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00130-MOC

| | | |
|---|---|---|
| GARRISON LITIGATION MANAGEMENT GROUP, LTD.; AND GARLOCK SEALING TECHNOLOGIES LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| PETER A KRAUS ;WATERS & KRAUS, LLP; ESTATE OF RONALD C. EDDINS; STANLEY IOLA, LLP; MICHAEL L. ARMITAGE; MARK IOLA; JEFFREY B. SIMON; AND C. ANDREW WATERS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendants' Motion to Submit Response to Garlock's Submission of Recent Claimant Committee's Argument at Odds with Waters & Kraus Defendants' Motion to Withdraw the Reference. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Submit Response to Garlock's Submission of Recent Claimant Committee's Argument at Odds with Waters & Kraus Defendants' Motion to Withdraw the Reference (#23) is GRANTED, and defendants are allowed to so file.

Signed: May 29, 2014

Max O. Cogburn Jr.
United States District Judge