# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Garlock Sealing Technologies LLC, et al.,

v.

Waters & Kraus, LLP, et al.,

Case No. 3:14-cv-130-MOC-DSC

## ORDER ON APPLICATION ADMISSION TO PRACTICE, *PRO HAC VICE*

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Charles B. Walther] (document # 39) filed September 19, 2014. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: 09/22/2014

David S. Cayer
United States Magistrate Judge