**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| GARLOCK SEALING TECHNOLOGIES LLC and GARRISON LITIGATION MANAGEMENT GROUP, LTD., <br><br>Plaintiffs, <br><br>v. <br><br>WATERS & KRAUS LLP, ESTATE OF RONALD C. EDDINS, MICHAEL L. ARMITAGE, JEFFERY B. SIMON, C. ANDREW WATERS, PETER A. KRAUS, STANLEY-IOLA LLP AND MARK H. IOLA, <br><br>Defendants. | § § § § § § § Case No. 3:14-CV-00130-MOC-DSC § § § § § § § § § § |

## ORDER

**THIS MATTER** is before the Court on the "Motion to Unseal" (document #31) filed by Movants Ford Motor Company, Honeywell International Inc., Resolute Management, Inc., AIU Insurance Company, American Home Assurance Company, Birmingham Fire Insurance Company of Pennsylvania, Granite State Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., Volkswagen Group of America, Inc., Mt. McKinley Insurance Company and Everest Reinsurance Company.

For the reasons stated in the "Memorandum of Decision and Order" (document #90) entered by the Honorable Max O. Cogburn, Jr. on July 23, 2014 in Civil File No. 3:13cv464-MOC, and for the other reasons stated in the Movants' briefs, the Court finds that the sealed filings in this matter are subject to the public's right of access.

Accordingly, the Motion to Unseal is **GRANTED**. The Court **VACATES** its earlier sealing Orders, **UNSEALS** all sealed filings in this matter, and directs the Clerk of Court to make such filings available to the public in their entirety on the same terms as all other papers filed in this case.

In the same "Memorandum of Decision and Order" (document #90), Civil File No. 3:13cv464-MOC, Judge Cogburn also withdrew the earlier reference to Bankruptcy Court and referred this case to the undersigned for pretrial management. <u>Motions pending in the Bankruptcy Court file will not be considered unless they are filed in this case. The briefing schedule set forth in LCvR 7.1(E) shall apply to these Motions. Briefs filed in this case prior to entry of this Order will not be considered</u>.

**SO ORDERED**.

Signed: October 23, 2014

David S. Cayer
United States Magistrate Judge