IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GARLOCK SEALING TECHNOLOGIES LLC and GARRISON LITIGATION MANAGEMENT GROUP, LTD., <br><br>Plaintiffs, <br><br>v. <br><br>WATERS & KRAUS LLP, ESTATE OF RONALD C. EDDINS, MICHAEL L. ARMITAGE, JEFFERY B. SIMON, C. ANDREW WATERS, PETER A. KRAUS, STANLEY-IOLA LLP AND MARK H. IOLA, <br><br>Defendants. | Case No. 3:14-CV-00130-GCM-DSC |

## ORDER

**THIS MATTER** is before the Court on Plaintiffs' "Motion for Order Concerning Redacted Documents" (document #58). For the reasons stated therein, the Motions are granted. Plaintiffs shall promptly submit the specified redacted documents and the Clerk shall remove the un-redacted versions of those documents from the docket.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Graham C. Mullen.

**SO ORDERED**.

Signed: January 20, 2015

David S. Cayer
United States Magistrate Judge