IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GARLOCK SEALING TECHNOLOGIES, LLC; GARRISON LITIGATION MANAGEMENT GROUP, LTD., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) No. 3:14-cv-130 |
| WATERS & KRAUS, LLP; ESTATE OF RONALD C. EDDINS; MICHAEL L. ARMITAGE; JEFFERY B. SIMON; C. ANDREW WATERS; PETER A. KRAUS; STANLEY-IOLA, LLP; MARK H. IOLA, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court *sua sponte*. The parties are directed to confer and, within 30 days of the date of this order, propose an updated discovery schedule and plan.

**SO ORDERED.**

Signed: September 4, 2015

Graham C. Mullen
United States District Judge

1